The deed of trust contained the following provision:

"And said deed of conveyance made by the said trustee (the deed to be made by him to the purchaser at a trustee's sale), and delivered to any purchaser of said property at such sale, shall be evidence that said trustee has in all things duly and legally executed his trust," etc.

The trustee's deed was introduced in evidence. In virtue of the provision in the deed of trust, just quoted, the deed established, prima facie, that in the sale under the foreclosure all of the requirements of the law were observed, including the posting of the necessary notices. There was no testimony showing that the notices mailed by the trustee for posting at the two public places in the county other than at the court house door, were not actually posted; and in this state of the record it is our opinion that no issue upon the question was made.

It is proper to call attention to the fact that in Roe v. Davis, 106 Tex. 537, 172 S. W. 708, in which the opinion was delivered by Chief Justice Brown, in the examination of the trustee while a witness upon the stand, it was stated that his deed to the purchaser at the sale there considered, recited that he had advertised the property "in the manner prescribed by law." We regarded this as substantially the introduction of the recital of the deed in evidence; and it largely influenced our decision of that case.

The writ of error is refused.

---

**WALKER et al. v. WARD.**

(Supreme Court of Texas. June 10, 1914.)

APPEAL AND ERROR ☞832(1)—REHEARING—
CORRECTION OF ENTRY.

Where the Supreme Court, on the original hearing of a petition for writ of error, erroneously marked the petition, which they intended to refuse, as dismissed for want of jurisdiction, a motion for rehearing will be granted for the purpose of making the proper entry.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3215–3218, 3220, 3223–3225; Dec. Dig. ☞832(1).]

Action between W. G. Walker and others and A. P. Ward. On motion for rehearing on the petition of W. G. Walker and others for a writ of error. Motion granted, and petition refused.

McCrory & Vance, of Edna, and Fiset, McClendon & Shelley, of Austin, for plaintiffs in error. L. C. McBride, of Dallas, and J. O. Rowlett, of Edna, for defendant in error.

PHILLIPS, J. Upon our original consideration of the petition for writ of error in this case it was erroneously marked "dismissed for want of jurisdiction." This did not correctly represent our action on the petition, it being our purpose to refuse the writ. The motion for rehearing is accordingly granted for the purpose of the proper entry being made in the case, the petition for writ of error being refused.